UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Mag. Judge Case No. |
| ) | |
| Melquis Orlando Alvarez-Garcia ) | 2005 M 0433-RBC |
| **Defendant** ) | |

### AFFIDAVIT IN SUPPORT OF ARREST

I, Scott C. Kimball, of United States Marshals Service, do hereby make oath before the Honorable Magistrate Judge Collings, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Melquis Orlando Alvarez-Garcia on a complaint filed in the Superior Court of the District of Columbia charging the defendant with second degree murder while armed, 22 D.C. Code, Sections 2103, 4502, (2001 ed), and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

_____
Scott C. Kimball
Deputy U.S. Marshal
USMS

Subscribed and sworn to before me this MAR 24 2005 day of _____, 2005.

_____
Robert B. Collings
United States Magistrate Judge

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

USW
No. 155603

## COMPLAINT

District of Columbia ss:

Defendant's Name: Melquis Orlando Alvarez-Garcia                    050573
                  (First)   (MI)   (Last)                  (PDID)   (CCNO)

Address: 6020 13TH PLACE, NW Apt. 308, WASHINGTON DC

MELQUIS ORLANDO ALVAREZ-GARCIA, within the District of Columbia, while armed with a SCREWDRIVER, and with the intent to kill another and to inflict serious bodily injury on another and with a conscious disregard of an extreme risk of death or serious bodily injury to another, caused the death of JOSE SANTOS LAZO by STABBING HIM with A SCREWDRIVER on or about April 6, 2002, thereby causing injuries from which JOSE SANTOS LAZO died on or about APRIL 6, 2002. (Second Degree Murder While Armed, in violation of 22 D.C. Code, Sections 2103, 4502 (2001 ed.))

Co-Defendants:

NOTE: Pursuant to Act of Congress July 29, 1970 Pub. L. 91-358, Sec. 210(a), Title II of D.C. Code 23, D.C. warrants for felonies may be executed at any place within the United States. Fugitives arrested in other jurisdictions are to be treated pursuant to the Federal Rules of Criminal Procedure as if the warrant had been issued by the United States District Court for the District of Columbia.

A TRUE COPY
TEST: 1/5/03
Clerk, Superior Court of the
District of Columbia
By /s/ V. Fulch
Deputy Clerk

/s/ B. P. Kar
Affiant's Name

Subscribed and sworn to before me this __5__ day of November, 2002

/s/ (Judge)

## WARRANT

To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:

WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for ____Melquis Orlando Alvarez-Garcia____
YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.

Issued  11-5-03     /s/ Judge
                   Superior Court of the District of Columbia

| Sex: Male | DOB: 06/07/1983 | CCN: 050573 | PDID: |
|---|---|---|---|
| Papering Officer: Kasul - Homicide | | | Badge No.: D1/38 |

OFFICER MUST EXECUTE RETURN

| Officer's Name: | Date / Time: |
|---|---|

| AUSA Signature: | | Fel. I ☐ | AFTC ☐ | Domestic ☐ |
|---|---|---|---|---|
| | W0436283 | | | |

# Superior Court of the District of Columbia
## CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

USW NO.: 1556-03

| DEFENDANT'S NAME: Alvarez-Garcia, Melquis Orlando | | | | | CCR: 02-050-573 | | PDID: |
|---|---|---|---|---|---|---|---|
| SEX: Male | RACE: Hispanic | D.O.B.: 06-07-83 | HEIGHT: 5'8" | WEIGHT: 150 | EYES: Unknown | HAIR: Black | COMPLEXION: Light |

DEFENDANT'S HOME ADDRESS: 6020 13th Place Northwest, Apartment 308, Washington DC
TELEPHONE NUMBER: Unknown

DEFENDANT'S BUSINESS ADDRESS: Unknown
TELEPHONE NUMBER:

COMPLAINANT'S NAME: Lazo, Jose Santos (deceased)

LOCATION OF OFFENSE: 1329 Missouri Avenue Northwest, Washington DC
DATE OF OFFENSE: April 06, 2002
TIME OF OFFENSE: 3:00 A.M.

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

On Saturday, April 06, 2002, at approximately 07:30 A.M., police officers discovered an unconscious male, later identified as Jose Santos Lazo, lying on the ground in a field. This field was located in the 1300 block of Missouri Avenue Northwest, Washington, D.C. Jose Lazo appeared to have stab wounds to the chest and medical personnel were called to the scene. The medical personnel examined Jose Lazo, but they found no vital life signs and death was apparent. Jose Lazo was pronounced dead at 10:35 A.M. that same morning and his remains were taken to the Office of the Chief Medical Examiner for the District of Columbia for an autopsy.

On Sunday, April 07, 2002, Dr. Colvin performed an autopsy on Jose Lazo's remains. Dr. Colvin determined that Jose Lazo died from a stab wound to the heart and this death was ruled a homicide. Furthermore, Dr. Colvin examined the shape of the wound and concluded that an instrument consistent with a flat head screwdriver was used to inflict this fatal injury.

When the police officers found the decedent's body, they also found a distinctive key strap with keys lying on the ground approximately sixty-five feet from the body. A person was interviewed who recognized the key strap and said that those keys belong to a Hispanic male called, "Milky". This same person also said that "Milky" lived inside an apartment building at 6020 13th Place Northwest, apartment 308. It was determined that one key on that key strap unlocked the main entrance door to 6020 13th Place Northwest, and another key on that strap unlocked the door to apartment 308.

A TRUE COPY
TEST: 1/5/05
Clerk, Superior Court of the District of Columbia
/s/ V. Fields, Deputy Clerk

(Page 1 of 3)

TO: WARRANT CLERK
PLEASE ISSUE A WARRANT FOR: Melquis O. Alvarez-Garcia
CHARGED WITH: 2° Murder WA

AFFIANT'S SIGNATURE: X _____

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ DAY OF _____

ASSISTANT UNITED STATES ATTORNEY
MCC App [word] 11/5/02

(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

USW NO.: 1556-03

| DEFENDANT'S NAME: Alvarez-Garcia, Melquis Orlando | | | | CCR: 02-050-573 | | PDID: | |
|---|---|---|---|---|---|---|---|
| SEX: Male | RACE: Hispanic | D.O.B.: 06-07-83 | HEIGHT: 5'8" | WEIGHT: 150 | EYES: Unknown | HAIR: Black | COMPLEXION: Light |

DEFENDANT'S HOME ADDRESS: 6020 13th Place Northwest, Apartment 308, Washington DC
TELEPHONE NUMBER: Unknown

DEFENDANT'S BUSINESS ADDRESS: Unknown
TELEPHONE NUMBER:

COMPLAINANT'S NAME: Lazo, Jose Santos (deceased)

LOCATION OF OFFENSE: 1329 Missouri Avenue Northwest, Washington DC
DATE OF OFFENSE: April 06, 2002
TIME OF OFFENSE: 3:00 A.M.

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

On April 09, 2002, a District of Columbia Superior Court Search Warrant related to this investigation was executed at 6020 13th Place Northwest, apartment 308. Documents pertaining to Jose Alvarez and his two sons, Melquis Orlando Alvarez-Garcia and Jaime Guvinis Alvarez-Garcia were recovered in that search.

A witness (W-1) in this case was interviewed and related the following:

On Friday, April 5, 2002, during the evening hours, W-1 heard a person whom IT knew by the name, Melquin Alvarez say that he was going to rob a Hispanic male later that same evening.

On Saturday, April 6, 2002, at approximately 3:00 A.M., W-1 saw Melquin Alvarez and a Hispanic male in an open park area engaged in a physical struggle with each other. W-1 described the location of this open park area and W-1's description is consistent with the field where the police discovered the decedent's body. W-1 was approximately sixty feet from Melquin Alvarez and the Hispanic male, and nothing block W-1's view of them. W-1 watched Melquin Alvarez and the Hispanic man for approximately one minute. During that time, W-1 saw Melquin Alvarez stab the unarmed Hispanic man three-four times with a shiny object. Then Melquin Alvarez ran away from the Hispanic man and the Hispanic man fell to the ground. Seconds later, W-1 was within ten feet of Melquin Alvarez and W-1 saw that Melquin Alvarez was holding a bloody flat head screwdriver in his hand. At the same time, W-1 heard Melquin Alvarez say that had he stabbed the Hispanic man with that screwdriver.

(Page 2 of 3)

TO: WARRANT CLERK
PLEASE ISSUE A WARRANT FOR: Melquis O. Alvarez-Garcia
CHARGED WITH: 2° Murder WA
Thomas C. Hill
ASSISTANT UNITED STATES ATTORNEY
11/5/05
MLC Approved

AFFIANT'S SIGNATURE: X [signature] 1/5/05
SUBSCRIBED AND SWORN TO BEFORE ME THIS ___ DAY OF ___
V. Fields
(JUDGE)/(DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

| USW NO.: | 1556-03 |
|---|---|

| DEFENDANT'S NAME: Alvarez-Garcia, Melquis Orlando | CCR: 02-050-573 | PDID: |
|---|---|---|

| SEX: Male | RACE: Hispanic | D.O.B.: 06-07-83 | HEIGHT: 5'8" | WEIGHT: 150 | EYES: Unknown | HAIR: Black | COMPLEXION: Light |
|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME ADDRESS: 6020 13th Place Northwest, Apartment 308, Washington DC | TELEPHONE NUMBER: Unknown |
|---|---|

| DEFENDANT'S BUSINESS ADDRESS: Unknown | TELEPHONE NUMBER: |
|---|---|

| COMPLAINANT'S NAME: Lazo, Jose Santos (deceased) | | |
|---|---|---|
| LOCATION OF OFFENSE: 1329 Missouri Avenue Northwest, Washington DC | DATE OF OFFENSE: April 06, 2002 | TIME OF OFFENSE: 3:00 A.M. |

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

Later, W-1 heard Melquin Alvarez explain that he was attempting to enter his apartment building when the Hispanic man that he had intended to rob approached him. The Hispanic man challenged Melquin Alvarez to a fight, but Melquin Alvarez declined and ran. The Hispanic man chased Melquin Alvarez into the park area and then Melquin Alvarez stabbed him with the screwdriver.

W-1 has known Melquin Alvarez for more than one year and W-1 frequently saw him in the months preceding this homicide. In addition, W-1 said that Melquin Alvarez lived in the 6000 block of 13th Place Northwest with his father and brother when this homicide occurred. Furthermore, W-1 said that Melquin Alvarez's brother is named Jaime Alvarez.

W-1 was shown one government photograph of a person known to be Melquis Orlando Alvarez-Garcia and W-1 confirmed that the person depicted in that photograph, is the same person who committed the described offense.

Based on these facts, I request that Melquis Orlando Alvarez-Garcia be criminally charged in the death of Jose Santos Lazo.

(Page 3 of 3)

TO: WARRANT CLERK
PLEASE ISSUE A WARRANT FOR: Melquis O. Alvarez-Garcia
CHARGED WITH: 2° Murder WA

ASSISTANT UNITED STATES ATTORNEY

AFFIANT'S SIGNATURE: X

SUBSCRIBED AND SWORN TO BEFORE ME THIS 5th DAY OF Nov. '03

(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

# UNITED STATES MARSHALS SERVICE

## FUGITIVE INVESTIGATIONS




TO: Stacey Croke

ORGANIZATION:

FAX:

FROM: June Cash

PHONE: 202-616-0394

FAX: 202-616-2464

DATE: 7 January 2005

SUBJECT: Alvarez-Garcia, Melquis -Booking #:050073

PAGES: 5           (NOT INCLUDING COVER PAGE)

**COMMENTS:**

Subject in custody Cambridge Jail on local Massachusetts charge(s). Please accept this warrant as a detainer against the subject listed above. Once detainer is file please fax a copy of detainer or detainer action letter to this office at the fax number listed above.

*AN ACCREDITED LAW ENFORCEMENT AGENCY*

U.S. Department of Justice
Immigration and Naturalization Service

# Immigration Detainer - Notice of Action

| File No. | A76 819 826 |
|---|---|
| Date: | 03/22/05 |

| TO: (Name and title of institution) | FROM: (INS office address) |
|---|---|
| Officer in Charge (Attn: Records)<br>Middlesex County Jail<br>Cambridge, MA | U.S. Immigration & Customs Enforcement<br>JFK Federal Building Room 1725<br>Government Center<br>Boston, MA 02203 |

Name of alien: ALVAREZ-Garcia           Melquis                     FBI# 753162WB7

Date of birth: 06/06/83     Nationality: El Salvador     Sex: M

**You are advised that the action noted below has been taken by the Immigration and Naturalization Service concerning the above-named inmate of your institution:**

☒ Investigation has been initiated to determine whether this person is subject to removal from the United States.

☐ A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on
_____
(Date)

☐ A warrant of arrest in removal proceedings, a copy of which is attached, was served on _____
                                                                                                                                                (Date)

☒ Deportation or removal from the United States has been ordered.            WD

It is requested that you:

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarters assignments, or other treatment which he or she would otherwise receive.

☒ Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for INS to assume custody of the alien. You may notify INS by calling 617 565 3100 during business hours or 617 565 3100 after hours in an emergency.

☒ Please complete and sign the bottom block of the duplicate of this form and return it to this office. ☐ A self-addressed stamped envelope is enclosed for your convenience. ☐ Please return a signed copy via facsimile to 617 565 1514
                                                                                                                                        (Area code and facsimile number)
Return fax to the attention of  K. JARVIS           , at 617 565 1514
                                                  (Name of INS officer)                  (Area code and phone number)

☒ Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.

☒ Notify this office in the event of the inmate's death or transfer to another institution.

☐ Please cancel the detainer previously placed by this Service on _____ .

_____           _____SSA GS_____
(Signature of INS official) JARVIS                   (Title of INS official)

Receipt acknowledged:

Date of latest conviction: _____   Latest conviction charge: _____
Estimated release date: _____

Signature and title of official: _____

Form I-247 (Rev. 4-1-97) N

**Boston Police** DEPARTMENT

TO: A-7



PUBLICATION DATE: 04JAN05
Prepared by SgtDet J. Fiandaca
District 7 - Detective Unit

# Wanted





**Name:** Melquis Alvarez-Garcia
**Last Known Address:** 14 Quincy Ter. #1
Lynn, MA
**DOB:** 6/7/83

### Physical Description
**Race:** White Hispanic
**Sex:** Male
**Height:** 5'8"
**Weight:** 165
**Eyes:** Brown
**Hair:** Black
**Build:** Med

**Place of birth:** El Salvador
**Marital Status:** Single
**Occupation:** Laborer



Name: Melquis Alvarez-Garcia

**Overview:** Alvarez is a known MS-13 gang member known locally as Melquis Alvarez but wanted by the Washington, D.C. Police under Alvarez-Garcia for 2nd Degree Murder issued out of DC Superior Court Family Division tel # 202.879.1722. Warrant #W935066170. D.O.E. 11/5/03. ORI DC001021J.
Contact Det Brian Kasul @ 202.645.4185. Cell 301.529.7316. Full Extradition

Please contact Sgt. Det. Joseph Fiandaca at
617.343.4234 with any questions or
information.



U.S. Department of Justice
United States Marshals Service



# DETAINER
## AGAINST UNSENTENCED PRISONER
### UNITED STATES MARSHAL
### DISTRICT OF MASSACHUSETTS
### 1 COURTHOUSE WAY, SUITE 500
### BOSTON, MA 02210
### TELEPHONE: 617-748-2500

TO:  MIDDLESEX COUNTY JAIL
40 THORNDIKE ST
CAMBRIDGE, MA
ATTN: RECORDS

DATE: 01/07/05
SUBJECT: Melquis O Alvarez-Garcia
AKA:
DOB/SSN: 06/7/1983
Booking#: 050073
USMS#:
CR#:

Please accept this Detainer against the above-named subject who is an unsentenced prisoner currently in your custody. The Superior Court of the District of Columbia has issued an arrest warrant charging the subject with the commission of the following offense(s):

**Homicide, 2nd Degree Murder While Armed**

Prior to the subject's release from your custody, please notify this office at once so that we may assume custody if necessary. If subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at time of transfer and advise this office as soon as possible.

The notice and speedy trial requirements of the Interstate Agreement on Detainers Act do NOT apply to this Detainer because the subject is not currently serving a sentence of imprisonment at the time the Detainer is lodged. **IF THE SUBJECT IS SENTENCED WHILE THIS DETAINER IS IN EFFECT, PLEASE NOTIFY THIS OFFICE AT ONCE.**

Please acknowledge receipt of this Detainer. In addition, please provide one copy of the Detainer to the subject and return one copy of the Detainer to this office in the enclosed self-addressed envelope

Very truly yours,

ANTHONY DICHIO
UNITED STATES MARSHAL

for: Paul Dunne
Warrant Supervisor
(617)748-2500

| RECEIPT |
|---|
| Date: 1-7-05 |
| Signed: |
| Title: Sergeant |

PRIOR EDITIONS ARE OBSOLETE AND NOT TO BE USED

Form USM-16a
Est. 11/93