UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

          V.                              CRIMINAL CASE NO.
                                                2005-M-0433-RBC

MELQUIS ORLANDO
ALVAREZ-GARCIA
       Defendant

## APPOINTMENT OF FEDERAL DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of Thursday, March 24, 2005, to represent said defendant in this cause until further order of the Court

                                                  SARAH A. THORNTON
                                                  CLERK OF COURT

By:    /s/ Noreen A. Russo
        Noreen A. Russo, Courtroom Deputy Clerk
        To the Honorable Robert B. Collings

DATE: March 29, 2005

N:\Federal_Defender\FederalPublicDefender.Watkins.wpd