# UNITED STATES DISTRICT COURT

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA

V.

Defendant: __Melquis Orlando Alvarez-Garcia__

WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint/Indictment)

CASE NUMBER: __2005-M-0433-RBC__

CHARGING DISTRICTS CASE NUMBER: __USD / JJ6C3__

I understand that charges are pending in the __Superior Court at the__ District of __Columbia__ alleging violation of __22 DC Code § 2103 450__ (Title and Section) and that I have been arrested in this district and taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ) identity hearing

( ) preliminary hearing

(✓) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Defendant: __Melquis Alvarez__

Date

Defense Counsel