AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

District of   MASSACHUSETTS

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| V. | |
| MELQUIS ORLANDO ALVAREZ-GARCIA | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | USW 1556-03 | MJ No. 2005M0433RBC | |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN

[ ] Indictment    [ ] Information    [X] Complaint    [ ] Other (specify)

charging a violation of   XXXXXXXXXXX 22 D.C. Code 2103, 4502 (2001 ed.)

**DISTRICT OF OFFENSE**
District of Columbia (Superior Court, Criminal Division)

**DESCRIPTION OF CHARGES:**

Second Degree Murder

**CURRENT BOND STATUS:**

[ ] Bail Fixed at _____ and conditions were not met
[ ] Government moved for detention and defendant detained after hearing in District of Arrest
[X] Government moved for detention and defendant detained pending detention hearing in District of Offense
[ ] Other (specify)

Probable Cause Hearing to be held in the District of Columbia.

**Representation:**   Federal Defender

**Interpreter Required?**   [ ] No   [X] Yes   **Language:**  Spanish

---

**DISTRICT OF**   Massachusetts

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

MAR 2 9 2005
_____
Date

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Judge or Magistrate Judge

United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 6420
Boston, Massachusetts 02210

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |